Jeremy C. Dzubay (SB# 238649)
1333 Camino Del Rio South 201B
San Diego CA 92108
Tel: (619) 683-7666
Fax: (619) 683-7672
jdzubay@rocketmail.com

FILED
CLERK, U.S. DISTRICT COURT
APR 14 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION - RIVERSIDE)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>vs.<br><br>**CRUZ MARTIN CORDONA-RAMIREZ,**<br>Defendant. | Case No.: 08-MJ-00125<br><br>**ORDER** |

**GOOD CAUSE APPEARING,** IT IS HEREBY ORDERED THAT ATTORNEY JEREMY C. DZUBAY HEREBY BE ~~SUSBSITUTED~~ *& SUBSTITUTED* FOR JESUS BERNAL OF THE FEDERAL PUBLIC DEFENDERS AS THE ATTORNEY OF RECORD IN THE ABOVE CAPTIONED CASE.

**IT IS SO ORDERED.**

DATE: 4/14/08

By: [signature]
Honorable ~~District Court~~ U.S. Magistrate Judge

ORDER
Case No. 08-MJ-00125